No. 11–8492.  BENSON v. TIBBALS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 11–8493.  GORDON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–8495.  GREENE v. NEVADA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 11–8497.  HILLMAN v. EDWARDS.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 11–8498.  GOODS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–8504.  ITURRALDE v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–8507.  GRAY v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 11–8511.  COSSIO v. CASTRO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–8512.  STOVER v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–8513.  FAISON v. ARNONE, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION.  C. A. 2d Cir.  Certiorari denied.

No. 11–8514.  GASTON v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 11–8515.  GAMBLE v. SUBIA, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8516.  FEIGER v. HICKMAN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–8519.  REEVES v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.